Case No. 1:25-cv-512

**EXHIBIT 1:** PHOTOGRAPH

