**EXHIBIT 2:** INFRINGEMENT
URL: https://www.printmag.com/daily-heller/the-daily-heller-architecture-on-the-common-edge/



"Satsuma Dialogues," which was really us planning what a Common Edge site might look and feel like. At some point, we brought in our friends at Once Future Office, my old *Metropolis* art director Dungjai Pungauthaikan and her business partner, Nikki Chung, and they helped us visualize what it would look like. They also created, I think, a superb and powerful logo. In January 2016, we were off and running.



**Your site is primarily devoted to architecture, but under that umbrella you don't just cover form, but also function from various viewpoints, including the impact of politics and design and vice versa. What determines your coverage?** Our mission is public engagement. We have deliberately defined that as broadly as possible, so that we wouldn't pigeonhole and limit our coverage. We'll cover socially responsible design, projects